

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00076-CV

**IN THE INTEREST OF R.E.Y.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02744
Honorable Charles Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. No costs are assessed because the appellant is indigent.

SIGNED August 10, 2015.

Luz Elena D. Chapa, Justice